**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | |
|         v. ) | CAUSE NO.: 2:15-CR-3-JTM-PRC |
| ) | |
| DION COURTNEY, ) | |
|         Defendant. ) | |

**<u>FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEAS OF GUILTY BY DEFENDANT DION COURTNEY</u>**

TO:    THE HONORABLE JAMES T. MOODY,
          UNITED STATES DISTRICT COURT

Upon Defendant Dion Courtney's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on January 23, 2015, with the consent of Defendant Dion Courtney, counsel for Defendant Dion Courtney, and counsel for the United States of America.

The hearing on Defendant Dion Courtney's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Dion Courtney under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Dion Courtney,

I FIND as follows:

(1) that Defendant Dion Courtney understands the nature of the charges against him to which the pleas are offered;

(2) that Defendant Dion Courtney understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

his right against compelled self-incrimination;

(3) that Defendant Dion Courtney understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Dion Courtney understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Dion Courtney have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Dion Courtney is competent to plead guilty;

(6) that Defendant Dion Courtney understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Dion Courtney's pleas; and further,

I RECOMMEND that the Court accept Dion Courtney's pleas of guilty to the offenses charged in Counts I and II of the Felony Information and that Defendant Dion Courtney be adjudged guilty of the offenses charged in Counts I and II of the Felony Information and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Dion Courtney be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 23rd day of January, 2015.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody